Opinion issued July 3, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00373-CV

____________


IN RE NORTHGATE COUNTRY CLUB, L.L.C., Relator







Original Proceeding on Petition for Writ of Mandamus





 

O P I N I O N

 Relator, Northgate Country Club, L.L.C., filed a petition for writ of mandamus
complaining that Judge Cagle (1) abused his discretion by not signing a "nunc pro tunc"
order changing the date of the order granting the motion to enforce the settlement
agreement from October 10, 2001 to October 15, 2001. Real party in interest, John
Leslie, has filed a response, to which there has been a reply, to which Leslie filed a
response. The Court has reviewed all briefs filed in this mandamus proceeding.

 The petition for writ of mandamus is denied.

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Taft and Radack.

Do not publish. Tex. R. App. P. 47.
1. The Honorable R. Jack Cagle, judge of the County Civil Court at Law
No. 1 of Harris County, Texas. The underlying case is Northgate Country Club,
L.L.C. v. John Leslie, trial court cause no. 740,104.